446 A.2d 600

**Frank R. MAGNELLI, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania State Civil Service Commission and Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board.**

**No. 81–2–256.**

Supreme Court of Pennsylvania.

Argued May 17, 1982.

Decided June 17, 1982.

Walter K. Swartzkopf, Jr., Harrisburg, for appellant.

Barbara G. Raup, Asst. Atty. Gen., for appellee Pa. State Civil Service Com'n.

James K. Fitzgerald, III, Chief Counsel, David Shotel, Pa. Liquor Control Board, Harrisburg, for appellee Pa. Liquor Control Bd.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed, 55 Pa.Cmwlth. 531, 423 A.2d 802.

LARSEN, J., dissents.